UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| THERESA WESTBROOK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| CHATTANOOGA-HAMILTON COUNTY | ) | District Judge: _____ |
| HOSPITAL AUTHORITY d/b/a ERLANGER | ) | Magistrate Judge: _____ |
| HEALTH SYSTEM | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Health System ("Erlanger"), by and through the undersigned counsel, hereby files this Notice of Removal to this Court of an action pending against Defendant in the Chancery Court of Hamilton County, Tennessee. Removal is based on the following grounds:

1. On or about August 24, 2023, Plaintiff, Theresa Westbrook ("Plaintiff"), commenced an action against Erlanger in the Chancery Court of Hamilton County, Tennessee. That action bears the Docket No. 23-0439 (hereinafter, the "State Court Action"). Copies of all pleadings filed in the State Court Action and served on Erlanger are attached as <u>Exhibit A</u>.

2. Plaintiff's Complaint in the State Court Action (the "Complaint") alleges Erlanger violated the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.* ("FMLA") and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq*.

3. Plaintiff is requesting an award of damages in the amount of $750,000.00, plus attorney's fees and costs.

**TIMELY REMOVAL**

4. On or about August 28, 2023, Erlanger was served with copies of the Summons and Complaint in the State Court Action.

5. This Notice of Removal is being filed within thirty days of service of the Summons and Complaint. Thus, it is timely filed pursuant to 28 U.S.C. § 1446(b).

**JURISDICTION**

6. Because Plaintiff's causes of action arise under the Constitution, laws, or treaties of the United States, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, and this action is similarly removable under 28 U.S.C. § 1441 *et seq*.

**VENUE**

7. Venue is proper in this district and in this division pursuant to 28 U.S.C. §§ 1391 and 1441(a).

8. This action is not a non-removable action as described in 28 U.S.C. § 1445.

**NOTICE**

9. Erlanger files as collective Exhibit B copies of the notices of removal that Erlanger is sending to Plaintiff's counsel and to the Clerk of Chancery Court of Hamilton County, Tennessee.

10. By this Notice of Removal, Erlanger is not waiving, and expressly reserves, all defenses and all additional rights afforded by the rules of court.

WHEREFORE, Erlanger respectfully requests that this action be removed to this Court.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.


By: _____
    Russell W. Gray, BPR No. 016120
    633 Chestnut Street
    Suite 1900
    Chattanooga, TN 37450-1900
    Telephone: (423) 756-2010
    Fax: (423) 752-9563
    rgray@bakerdonelson.com

*Counsel for Defendant Chattanooga-
Hamilton County Hospital Authority
d/b/a Erlanger Health System*

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 25th day of September, 2023, served a copy of the foregoing Notice of Removal upon the following counsel of record for the plaintiff in the above-styled case by electronic mail and in the United States mail, postage prepaid and properly addressed:

Frank P. Pinchak
Harry F. Burnette
711 Cherry Street
Chattanooga, TN 37402
fpinchak@bdplawfirm.com
hburnette@bdplawfirm.com

                                      BAKER, DONELSON, BEARMAN,
                                       CALDWELL & BERKOWITZ, P.C.

                                By: _____