# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| THERESA WESTBROOK, ) | |
| ) | Case No. 1:23-cv-216 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| CHATTANOOGA HAMILTON ) | |
| COUNTY HOSPITAL AUTHORITY d/b/a ) | |
| ERLANGER HEALTH SYSTEM and ) | |
| ERLANGER HEALTH, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

On January 24, 2025, a jury returned a verdict in favor of Plaintiff Theresa Westbrook. (*See* Doc. 65.) The jury found that Plaintiff had proven by a preponderance of the evidence that Defendant Chattanooga Hamilton County Hospital Authority doing business as Erlanger Health System and Erlanger Health ("Erlanger") failed to reasonably accommodate Plaintiff in violation of the Americans with Disabilities Act ("ADA"). The jury awarded Plaintiff $64,633.18 in backpay, $100,000.00 in compensatory damages, and $500,000.00 in punitive damages. (*See id.*; Doc. 65-1.) Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Theresa Westbrook recover from Defendant Erlanger the total amount of **$664,633.18**.[1] The Clerk is **DIRECTED** to close the case.

---

[1] The Court notes that these damages may be subject to change upon post-judgment motions by the parties. In particular, the Court notes that under the ADA, compensatory and punitive damages are capped at $300,000 and that the prevailing party may be entitled to attorneys' fees. *See* 42 U.S.C. § 1981a; 42 U.S.C. § 12205.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT